UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CINDY GREENE and : | |
| CHRISTOPHER GREENE, : | |
| Plaintiffs, : | |
| : | |
| v.   : | No. 5:20-cv-00822 |
| : | |
| SHELLPOINT MORTGAGE SERVICING, : | |
| Defendant.   : | |

| | |
|---|---|
| CINDY GREENE and : | |
| CHRISTOPHER GREENE, : | |
| Plaintiffs, : | |
| : | |
| v.   : | No. 5:20-cv-01471 |
| : | |
| NEWREZ LLC, *d/b/a* : | |
| *SHELLPOINT MORTGAGE SERVICING*, : | |
| Defendant.   : | |

# O R D E R

**AND NOW**, this 30th day of September, 2020, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1.  Defendant's Motion to Dismiss, ECF No. 4, No. 5:20-cv-00822, is **GRANTED**.

2.  Defendant's Motion to Dismiss, ECF No. 2, No. 5:20-cv-01471, is **GRANTED**.

3.  The Complaints in the above-captioned cases are **DISMISSED without prejudice**.

4. **Within twenty days of the date of this Order**, Plaintiffs may, consistent with the Opinion, file a single amended complaint alleging all claims against all Defendants. Failure to timely file an amended complaint will be deemed an intent not to prosecute and result in dismissal with prejudice, without further notice.

5. The Clerk of Court is **DIRECTED** to mail to Plaintiffs a non-prisoner, general complaint form with Case No. 5:20-cv-00822 on it, which Plaintiffs shall use if they want to file an amended complaint.

6. The Clerk of Court is directed to **CONSOLIDATE** Case No. 5:20-cv-01471 into Case No. 5:20-cv-00822, and all future filings shall be docketed in Case No. 5:20-cv-00822 only.[1]

7. Case No. 5:20-cv-01471 is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] *See* Fed. R. Civ. P. 42(a) (providing that "[i]f actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; [or] (2) consolidate the actions").